IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ERIC V. MITCHEL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:24-CV-1711-K-BW |
| | § | |
| TEXAS ATTORNEY GENERAL | § | |
| CHILD SUPPORT DIVISION, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (*See* Dkt. No. 36.) Objections were filed. (*See* Dkt. No. 37.) The District Judge reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Objections are **OVERRULED**. Defendant's construed motion for relief from judgment under Fed. R. Civ. P. 60(b) is **DENIED.**

SO ORDERED.

Signed February 25th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE